Mr. Kenneth D. Leek #63523
H.C.F. 500 Reformatory Rd.
Hutchinson, KS 67504-1565

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

KENNETH D. LEEK,          )
        Plaintiff,        )
                          )
    vs.                   ) Case No. 20-3051-SAC
                          )
LINDA J. SCOGGIN, et al.  )
        Defendants.       )

MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff KENNETH D. LEEK, pursuant to §1915, requests this court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.
2. The issues involved in this case are complex.
3. The plaintiff has been classified as Other Security Risk and placed in a long-term segregation living unit.
4. The plaintiff is currently exhausting his administrative remedies in regards to having no access to the law library or law clerks with any knowledge of the law.
5. The plaintiff has multiple motions that he needs to respond to but is not able to as he does not

have proper access to the law library.

6. The plaintiff has a limited knowledge of the law.

7. The plaintiff cannot proceed with his case without the assistance of counsel.

Executed on 11/30/20

Respectfully Submitted,
Kenneth D. Leek
KENNETH D. LEEK

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he hand delivered the above MOTION FOR THE APPOINTMENT OF COUNSEL to prison officials for e-filing to the United States District Court, District of Kansas, on this 1st day of December, 2020.

Kenneth D. Leek
KENNETH D. LEEK

(2)